In the Matter of GERTRUDE DIAMOND, Appellant, against HAROLD FIELDS et al., Constituting the Board of Examiners of the Board of Education of the City of New York, Respondents.

Argued November 27, 1951; decided January 17, 1952.

*Copal Mintz* for appellant.

*Denis M. Hurley, Corporation Counsel (Sidney P. Nadel* and *Seymour B. Quel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.